**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, RAUL VALADEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RAUL VALADEZ,<br><br>            Defendant. | CASE NO. 6:18-mj-00054<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO FEBRUARY 26, 2019; ORDER THEREON**<br><br>**Date:** December 11, 2018<br>**Time:** 10:00 AM<br>**Judge:** Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the Defendant, RAUL VALADEZ, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

///

///

///

///

///

///

///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO FEBRUARY 26, 2018;
[PROPOSED] ORDER THEREON

1

currently scheduled for December 11, 2018, at 10:00 a.m. be continued until February 26, 2018, at 10:00 a.m.

More time is needed for defense investigation and to engage in settlement negotiation.


Dated:  December 10, 2018             /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant,
                                      RAUL VALADEZ


Dated:  December 10, 2018             /s/ Susan St. Vincent
                                      SUSAN ST. VINCENT
                                      Legal Officer
                                      National Park Service


## ORDER

GOOD CAUSE APPEARING, the above request to continue the status conference hearing in Case No. 6:18-mj-00054 to February 26, 2019, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:    December 11, 2018           _____
                                      UNITED STATES MAGISTRATE JUDGE