Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAUL VALADEZ,<br><br>Defendant. | Docket Number: 6:18-mj-0054-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for February 25, 2020 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on March 19, 2019.

.

Dated: February 19, 2020           /S/ Susan St. Vincent
                                                         Susan St. Vincent
                                                         Legal Officer
                                                         Yosemite National Park

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for February 25, 2020 in the above referenced matter, *United States v. Valadez, 6:18-mj-0054-JDP*, be vacated and probation terminated.

IT IS SO ORDERED.

Dated: February 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE